**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DANIEL V. DIAZ (F-74875), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 C 7207 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| CHARLES BEST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MICHAEL S. HILICKI'S MOTION FOR RELIEF FROM ASSIGNMENT**

Pursuant to Ill. N.D. Local Rule 83.38, the undersigned appointed counsel respectfully asks for relief from the order (ECF No. 38) assigning counsel to represent Plaintiff because of counsel's inability to prepare an amended complaint for Plaintiff in accordance with his Rule 11 obligations. In support of this motion, counsel states as follows:

1.　The Court appointed the undersigned as counsel for Plaintiff to contact him and investigate his claims pursuant to counsel's obligations under Rule 11, and then either: (a) file an amended complaint for Plaintiff or (b) file a notice stating that counsel cannot file an amended complaint that is consistent with his Rule 11 obligations. (*Id.*)

2.　On September 7, 2015, the undersigned filed the attached report detailing the efforts he took to satisfy the Court's directive as well as his conclusion that he is unable to file an amended complaint for Plaintiff consistent with his Rule 11 obligations.

3.　Local Rule 83.38(a)(5) provides that grounds for relief from appointment include the situation in which counsel believes the claims at issue do not meet Rule 11 standards.

4.　Accordingly, the undersigned respectfully submits that the undersigned should not remain counsel for Plaintiff, and thus that he should be granted relief from the appointment.

1

WHEREFORE, the undersigned should be granted relief from the prior order (ECF No. 38) appointing him to represent Plaintiff in this matter.

Respectfully submitted,

*s/Michael S. Hilicki*
Michael S. Hilicki
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
mhilicki@keoghlaw.com