IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL V. DIAZ (F-74875), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 C 7207 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| CHARLES BEST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**APPOINTED COUNSEL'S RULE 11 INVESTIGATION REPORT**

As directed by the Court (ECF No. 38), Plaintiff's appointed counsel contacted Plaintiff and investigated Plaintiff's claims pursuant to counsel's Rule 11 obligation, to determine if counsel could prepare an amended complaint on behalf of Plaintiff or, if not, to file a report stating he cannot submit a complaint in accordance with his Rule 11 obligation.

Plaintiff's appointed counsel is filing this report to advise the Court that he cannot file an amended complaint in accordance with his Rule 11 obligation. Counsel makes this determination after two full meetings with Plaintiff, analysis of Plaintiff's original and amended complaints, Plaintiff's records, the master administrative grievance and incarceration files for Plaintiff that counsel obtained from the Assistant Illinois A.G.'s office, the internal investigation file regarding the October 6, 2012 incident described in Plaintiff's complaints that counsel subpoenaed from Stateville Correctional Center, and many hours of legal research.

Respectfully submitted,

*s/Michael S. Hilicki*
Michael S. Hilicki
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
mhilicki@keoghlaw.com

1